# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0204. DANIEL AGUILAR CERVANTES v. MARIA ISELA GONZALEZ.**

In this divorce case between Daniel A. Cervantez and Maria I. Gonzalez, Daniel filed for summary judgment on the issues of child support and the ownership of the parties' marital residence. The trial court granted partial summary judgment to Daniel on the issue of child support but denied summary judgment to Daniel on the issue of the ownership of the marital residence. Daniel then filed this application for discretionary review, seeking to appeal the denial of summary judgment on the issue of the ownership of the marital residence. We lack jurisdiction.

Daniel's application purports to be from the grant of summary judgment on the child support issue. But, in actuality, Daniel is appealing the partial denial of his motion for summary judgment on the issue of the marital residence's ownership. An order denying a motion for partial summary judgment is an interlocutory order and not a final judgment. See *Sharpe's Appliance Store, Inc. v. Anderson*, 161 Ga. App. 112, 112 (289 SE2d 312) (1982); *Rolleston v. Cherry*, 233 Ga. App. 295, 296 (504 SE2d 504) (1998). Although Daniel did file a discretionary application pursuant to OCGA § 5-6-35, which governs discretionary appeal procedures, that does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b), including obtaining a certificate of immediate review. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996). Because Daniel failed to comply with the interlocutory appeal procedures of

OCGA § 5-6-34 (b), we are without jurisdiction to consider this application for discretionary review which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   02/25/2021*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*